In the Matter of the Application of WALTER B. FOWLER, Appellant, for an Order of Mandamus against THOMAS W. WALSH, as Sheriff of the County of Schenectady, and Others, Respondents.— Appeal by a deputy sheriff of Schenectady county, who was appointed as "utility man and deputy sheriff," from an order refusing peremptory mandamus to compel the sheriff to restore the petitioner to his position to which another had been appointed on January 1, 1935. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of EARL C. FULLER, Appellant, for an Order of Mandamus against THOMAS W. WALSH, as Sheriff of the County of Schenectady, and Others, Respondents.— Appeal from an order of the Special Term of the Supreme Court, Warren county, and entered in Schenectady county clerk's office, denying petitioner's application for a peremptory order of mandamus. Petitioner, on January 1, 1932, was appointed "Guard — County Jail," connected with the county sheriff's office, by the then sheriff of said county. He was removed and discharged from said position on or about January 1, 1935. He was a World war veteran, and claims that he was under the classified civil service, and that he could not be removed except upon charges, and after a hearing, pursuant to the provisions of section 22 of the Civil Service Law. He was sworn in as a deputy sheriff, required to undertake duties of both civil and criminal nature. His payroll was not certified to by the Civil Service Commission, and it is not claimed that he ever took any examination or was certified by the Civil Service Commission as eligible for the position, and his appointment was not reported to the Commission. The position held by petitioner was exempt from civil service regulations. (*Matter of Flaherty* v. *Milliken*, 193 N. Y. 564.) Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

DONALD G. RICHARDS, Respondent, v. THE TEXAS COMPANY, Appellant, and EDWIN C. MAGGS, Respondent. CLEON B. RICHARDS, Respondent, v. THE TEXAS COMPANY, Appellant, and EDWIN C. MAGGS, Respondent.— The defendant purchased gasoline equipment which had been used for more than a year, consisting of hose and pumps, and on the day of the purchase leased it to the plaintiff's employer without making any inspection or examination of the equipment and especially the hose. Nineteen days later, while the plaintiff was filling a car at the street curb, the hose burst, causing the plaintiff to become covered with gasoline, which became ignited from flares maintained by the city in the public street adjacent. The evidence showed that an inspection of the hose would have discovered the defect which caused the accident. Judgments and orders affirmed, with costs in one action. Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ., concur.